Sergio I. Scuteri, Esquire
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ  08054
Tel. (856) 234-6800
Fax (856) 235-2786
sscuteri@capehart.com
Attorneys for Evesham Municipal Utilities Authority

**Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | |
| | : | CHAPTER 13 |
| CHRISTOPHER W. GRIFFIN and | : | |
| NICOLE L. GRIFFIN, | : | CASE NO. 13-32515 (jnp) |
| | : | |
| Debtors | : | |
| | : | **Hearing Date: 10/31/17 at 10:00 a.m.** |

**CONSENT ORDER ALLOWING LATE FILED PROOF OF CLAIM AND RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE CLAIM**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:          Christopher W. Griffin and Nicole L. Griffin
Case No:         13-32515 (jnp)
Caption of Order: Consent Order Allowing Late Filed Proof of Claim and Resolving Motion for Relief From the Automatic Stay and Allowing and Directing Payment of Administrative Claim

UPON THE MOTION of the Evesham Municipal Utilities Authority ("MUA"), for allowance of late filed proof of claim and for relief from the automatic stay as to certain property as herein after set forth and for the allowance and payment of an administrative claim; and the parties having amicably resolved this motion under the terms set forth herein; and for cause shown, it is ORDERED as follows:

1. The MUA's motion for allowance of late filed proof of claim is GRANTED and the MUA's Proof of Claim filed on September 14, 2017 is deemed to have been timely filed and allowed; and said claim shall be paid through the Plan.

2. The MUA's motion for relief from the automatic stay is DENIED subject to the terms set forth herein; and the MUA's motion for the allowance and payment of an administrative claim is GRANTED subject to the terms set forth herein.

3. The Debtors acknowledge that, as of September 13, 2017, they were due for post-petition water and sewer assessments and interest in the amount of $2,228.19.

4. The MUA shall be allowed an administrative claim in the amount of $2,228.19 for unpaid post-petition assessments and interest through September 13, 2017.

5. The Debtors shall satisfy the administrative claim by making payment to the MUA as follows: six (6) equal payments of $371.37 each commencing November 1, 2017 and on the same day each month thereafter until all post-petition assessments and interest are paid in full.

6. The Debtors shall make payment to the MUA for all assessments incurred after September 13, 2017 in a timely manner when due.

7. The Debtors' Chapter 13 Plan shall be amended to pay $526.00 to the MUA for its legal fees and costs associated with filing this motion.

8. In the event the Debtors fail to make payments as provided above within thirty (30) days of any payment being due, then:

    a. The MUA shall be entitled to relief from the automatic stay to permit the MUA to discontinue water and sewer services to the subject real property; to permit the MUA to offer and include all unpaid assessments, interest and other charges for sale in accordance with N.J.S.A. 54:5-19; and to permit the MUA to exercise all other statutory rights available to it with respect to the unpaid assessments, interest and other charges, upon the filing of a Certificate of Default and Order granting relief from stay with the Court; and

    b. The MUA's administrative claim as set forth herein shall be included and paid by the Trustee as a priority distribution under the Plan, along with the MUA's legal fees and costs.

9. The Court shall retain jurisdiction to interpret and enforce this Order.

10. The MUA shall serve this Consent Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

WE HEREBY CONSENT TO THE FORM AND
ENTRY OF THIS CONSENT ORDER:

    McDowell, Posternock, Apell & Detrick, PC

By:    */s/ Thomas G. Egner*
    THOMAS G. EGNER, ESQUIRE
    Attorney for Debtor

    Capehart & Scatchard, P.A.

By:    */s/ Sergio I. Scuteri*
    SERGIO I. SCUTERI, ESQUIRE
    Attorney for Evesham Township Municipal Utilities Authority