Sergio I. Scuteri, Esquire
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ  08054
Tel. (856) 234-6800
Fax (856) 235-2786
sscuteri@capehart.com
Attorneys for Evesham Municipal Utilities Authority

Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: : | |
| : | CHAPTER 13 |
| CHRISTOPHER W. GRIFFIN and : | |
| NICOLE L. GRIFFIN, : | CASE NO. 13-32515 (jnp) |
| : | |
| Debtors : | |
| : | **Hearing Date: 10/31/17 at 10:00 a.m.** |

**CONSENT ORDER ALLOWING LATE FILED PROOF OF CLAIM AND RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE CLAIM**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 31, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Christopher W. Griffin and Nicole L. Griffin |
| Case No: | 13-32515 (jnp) |
| Caption of Order: | Consent Order Allowing Late Filed Proof of Claim and Resolving Motion for Relief From the Automatic Stay and Allowing and Directing Payment of Administrative Claim |

UPON THE MOTION of the Evesham Municipal Utilities Authority ("MUA"), for allowance of late filed proof of claim and for relief from the automatic stay as to certain property as herein after set forth and for the allowance and payment of an administrative claim; and the parties having amicably resolved this motion under the terms set forth herein; and for cause shown, it is ORDERED as follows:

1. The MUA's motion for allowance of late filed proof of claim is GRANTED and the MUA's Proof of Claim filed on September 14, 2017 is deemed to have been timely filed and allowed; and said claim shall be paid through the Plan.

2. The MUA's motion for relief from the automatic stay is DENIED subject to the terms set forth herein; and the MUA's motion for the allowance and payment of an administrative claim is GRANTED subject to the terms set forth herein.

3. The Debtors acknowledge that, as of September 13, 2017, they were due for post-petition water and sewer assessments and interest in the amount of $2,228.19.

4. The MUA shall be allowed an administrative claim in the amount of $2,228.19 for unpaid post-petition assessments and interest through September 13, 2017.

5. The Debtors shall satisfy the administrative claim by making payment to the MUA as follows: six (6) equal payments of $371.37 each commencing November 1, 2017 and on the same day each month thereafter until all post-petition assessments and interest are paid in full.

6. The Debtors shall make payment to the MUA for all assessments incurred after September 13, 2017 in a timely manner when due.

7. The Debtors' Chapter 13 Plan shall be amended to pay $526.00 to the MUA for its legal fees and costs associated with filing this motion.

8. In the event the Debtors fail to make payments as provided above within thirty (30) days of any payment being due, then:

   a. The MUA shall be entitled to relief from the automatic stay to permit the MUA to discontinue water and sewer services to the subject real property; to permit the MUA to offer and include all unpaid assessments, interest and other charges for sale in accordance with N.J.S.A. 54:5-19; and to permit the MUA to exercise all other statutory rights available to it with respect to the unpaid assessments, interest and other charges, upon the filing of a Certificate of Default and Order granting relief from stay with the Court; and

   b. The MUA's administrative claim as set forth herein shall be included and paid by the Trustee as a priority distribution under the Plan, along with the MUA's legal fees and costs.

9. The Court shall retain jurisdiction to interpret and enforce this Order.

10. The MUA shall serve this Consent Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

WE HEREBY CONSENT TO THE FORM AND
ENTRY OF THIS CONSENT ORDER:

       McDowell, Posternock, Apell & Detrick, PC

By:    */s/ Thomas G. Egner*
       THOMAS G. EGNER, ESQUIRE
       Attorney for Debtor

       Capehart & Scatchard, P.A.

By:    */s/ Sergio I. Scuteri*
       SERGIO I. SCUTERI, ESQUIRE
       Attorney for Evesham Township Municipal Utilities Authority

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher W. Griffin  
Nicole L Griffin  
    Debtors

Case No. 13-32515-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 01, 2017  
                       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db/jdb      +Christopher W. Griffin,   Nicole L Griffin,   57 5th Street,   Marlton, NJ 08053-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
        Andrew L. Spivack   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORP., servicer for NEWLANDS ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        Carrie J. Boyle   on behalf of Debtor Christopher W. Griffin cboyle@mpadlaw.com, cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
        Carrie J. Boyle   on behalf of Joint Debtor Nicole L Griffin cboyle@mpadlaw.com, cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-24 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        James Patrick Shay   on behalf of Creditor   NEWLANDS ASSET HOLDING TRUST james.shay@phelanhallinan.com  
        Jennifer R. Gorchow   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
        Jennifer R. Gorchow   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORP. nj.bkecf@fedphe.com  
        Jennifer R. Gorchow   on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORP., servicer for NEWLANDS ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-24 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael Frederick Dingerdissen   on behalf of Creditor   NEWLANDS ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        Sergio I. Scuteri   on behalf of Creditor   Evesham Municipal Utilities Authority sscuteri@capehart.com  
        Thomas G. Egner   on behalf of Debtor Christopher W. Griffin tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com  
        Thomas G. Egner   on behalf of Joint Debtor Nicole L Griffin tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com

                                                                                                                                                        TOTAL: 16