UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Thomas G. Egner, Esquire
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
tegner@mpadlaw.com

Order Filed on November 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Christopher W. Griffin and Nicole L. Griffin,

Debtors.

Case No.: 13-32515

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____400.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-32515-JNP
Christopher W. Griffin                                                Chapter 13
Nicole L Griffin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Nov 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db/jdb         +Christopher W. Griffin,   Nicole L Griffin,   57 5th Street,   Marlton, NJ 08053-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., servicer for
               NEWLANDS ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Christopher W. Griffin cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Carrie J. Boyle    on behalf of Joint Debtor Nicole L Griffin cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-24 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST
               james.shay@phelanhallinan.com
              Jennifer R. Gorchow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Jennifer R. Gorchow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP.
               nj.bkecf@fedphe.com
              Jennifer R. Gorchow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP., servicer for
               NEWLANDS ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-24 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Sergio I. Scuteri    on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Thomas G. Egner    on behalf of Debtor Christopher W. Griffin tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
              Thomas G. Egner    on behalf of Joint Debtor Nicole L Griffin tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
               e.com
                                                                                               TOTAL: 16